IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK S. LEWIS                                                                      PLAINTIFF

v.                        CASE NO: 3:17-CV-00205 BSM

BRADEN PAESTOR                                             DEFENDANT

**ORDER**

       Plaintiff Mark S. Lewis has not complied with the August 9, 2017 order [Doc. No. 2] directing him to pay the full filing fee or file an application to proceed *in forma pauperis*, and the time to do so has expired. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

       IT IS SO ORDERED this 3rd day of October 2017.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE