# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**MARK S. LEWIS**                                                                                   **PLAINTIFF**

**v.**                               **CASE NO: 3:17-CV-00205 BSM**

**BRADEN PAESTOR**                                                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October 2017.

_____
UNITED STATES DISTRICT JUDGE